

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTEENTH DISTRICT, AT HOUSTON

No. 14-12-00118-CV

**Gastar Exploration LTD**

v.

**U. S. Speciality Insurance Co. and Axis Insurance Co.**

(No. 2010-11236 IN 190TH DISTRICT COURT OF HARRIS COUNTY)

| TYPE OF FEE | CHARGES | PAID/DUE | STATUS | PAID BY |
|---|---|---|---|---|
| E-TXGOV FEE | $5.00 | 11/13/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 11/04/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/18/2013 | E-PAID | ANT |
| MT FEE | $10.00 | 09/06/2013 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/06/2013 | E-PAID | ANT |
| MT FEE | $15.00 | 08/30/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 08/30/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/26/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 07/09/2013 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 12/05/2012 | E-PAID | APE |
| E-TXGOV FEE | $5.00 | 11/27/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 10/08/2012 | E-PAID | ANT |
| E-TXGOV FEE | $5.00 | 09/11/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 09/11/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 08/29/2012 | E-PAID | APE |
| MT FEE | $10.00 | 08/08/2012 | E-PAID | APE |
| MT FEE | $10.00 | 08/08/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 08/08/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 08/08/2012 | E-PAID | APE |
| MT FEE | $10.00 | 07/23/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 07/23/2012 | E-PAID | APE |

| | | | | |
|---|---|---|---|---|
| MT FEE | $10.00 | 07/19/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 07/19/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 06/29/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 05/23/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 05/23/2012 | E-PAID | ANT |
| MT FEE | $10.00 | 05/11/2012 | E-PAID | APE |
| MT FEE | $10.00 | 05/11/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 05/11/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 05/11/2012 | E-PAID | APE |
| CLK RECORD | $2,731.00 | 04/30/2012 | PAID | ANT |
| E-TXGOV FEE | $4.00 | 04/24/2012 | E-PAID | APE |
| REPORTER'S RECORD | $212.00 | 02/29/2012 | NOT PAID | ANT |
| E-TXGOV FEE | $4.00 | 02/28/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 02/28/2012 | E-PAID | APE |
| E-TXGOV FEE | $4.00 | 02/23/2012 | E-PAID | ANT |
| E-TXGOV FEE | $4.00 | 02/23/2012 | E-PAID | ANT |
| FILING FEE | $175.00 | 02/17/2012 | PAID | ANT |

**The costs incurred on appeal to the Fourteenth Court of Appeals Houston, Texas are $3,334.00.**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **CHRISTOPHER A. PRINE, CLERK** OF THE FOURTEENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTEENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourteenth District of Texas, May 28, 2015.

CHRISTOPHER A. PRINE, CLERK